IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-CR-30077-SMY |
| | ) |
| MARLON P. BUSH, | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S**
***EX PARTE*** **MOTION TO REVOKE BOND**

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Norman Smith, Assistant United States Attorney, moves for an order revoking Defendant's bond and remanding him to the custody of the United States Marshal pending a detention hearing in this case, and in support thereof states as follows:

1. On April 17, 2018, a six count indictment was returned charging Marlon P. Busch with three counts of Wire Fraud, Title 18, United States Code, Section 1343, and three counts of Embezzlement from a Unit of a Government that Received Federal Funds, Title 18, United States Code, Section 666(a)(1)(A).  On May 3, 2018, the defendant appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge for his initial appearance and arraignment. On that same date, the defendant was released on unsecured bond, with pretrial supervision and bond conditions. On January 3, 2019, the defendant pled guilty before this Honorable Court and his bond was continued as previously ordered. Sentencing is currently set for July 25, 2019.

2. Defendant has violated the terms and conditions of his release in that he has left the district without permission, failed to participate in substance abuse treatment sessions, committed traffic offenses, admitted use and tested positive for cocaine, failed to report to the probation office,

and refused to provide a urine specimen. Probation submitted bond violation reports on December 14, 2018, June 11, 2019, and June 18, 2019.

WHEREFORE, based on the above, the United States of America moves for the issuance of an arrest warrant and for the temporary detention of the Defendant to permit revocation of the Defendant's conditional release, pursuant to Title 18, United States Code, Section 3148(b).

    Respectfully submitted,

    STEVEN D. WEINHOEFT
    United States Attorney

    *Norman R. Smith*
    NORMAN R. SMITH
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    (618) 628-3700
    E-mail:  Norman.Smith@usdoj.gov